# Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-696-525**

Effective Date of Registration:
March 27, 2019

## Title

| | |
|---|---|
| Title of Work: | Color Bump 3D Computer Game Program |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | December 06, 2018 |
| Nation of 1st Publication: | Turkey |

## Author

| | |
|---|---|
| • Author: | Fugo Bilisim Teknolojileri Yazilim San ve Tic Ltd Sti |
| Author Created: | computer program, Audiovisual Material |
| Work made for hire: | Yes |
| Citizen of: | Turkey |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Good Job Games Bilisim Yazilim ve Pazarlama A.S. Akat Mahallesi Meydan Cad. Mermerler Sit., B Blok No:16 B, Besiktas, Turkey |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | computer program, Preexisting computer source code and audiovisual material |
| New material included in claim: | computer program, New 3D version of computer source code and audiovisual materal |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Good Job Games Bilisim Yazilim ve Pazarlama A.S. |
| Address: | Akat Mahallesi Meydan Cad. Mermerler Sit. B Blok No:16 B Besiktas Istanbul Turkey |

## Certification

**Name:** Alicia Morris Groos
**Date:** March 27, 2019
**Applicant's Tracking Number:** 1001065273