Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| **1.  Your Name:\***  Jennifer Kelly | **8.  Your Phone Number:**  (415) 766-3530 |
| **2.  Your Email Address: \***  jennifer@tyzlaw.com | **9.  Full Case Number (if applicable):** 3:2019cv04569 |
| **3.  Pay.gov Tracking ID Number:\*** 26JB7QFP | **10. Fee Type:\*** ☐ Attorney Admission |
| **4.  Agency Tracking ID Number:\* 0971-** 13587076 | ☑ Civil Case Filing |
| **5.  Transaction Date:\***  08/06/2019 | ☐ FTR Audio Recording |
| **6.  Transaction Time:\***  9:13 pm | ☐ Notice of Appeal |
| | ☐ Pro Hac Vice |
| **7.  Transaction Amount (Amount to be refunded):\***  $ 400.00 | ☐ Writ of Habeas Corpus |

**11.  Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

Duplicative charge incurred due to inadvertent payment of filing fee more than once in same case resulting from technical issue during filing process.  Correct transaction information: Pay.gov Tracking ID: 26JB7OEV; Agency Tracking ID: 0971-13587037; Transaction Time: Aug 6, 2019 9:08:37 PM.

✓  ***Efile this form using** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.*

*View detailed instructions at:* cand.uscourts.gov/ecf/payments. *For assistance, contact the ECF Help Desk at 1-866-638-7829 or* ecfhelpdesk@cand.uscourts.gov *Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☐ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |